ACCEPTED
14-15-00550-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 11:46:36 AM
CHRISTOPHER PRINE
CLERK

**Case No. 14-15-00550-CV**

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/16/2015 11:46:36 AM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
HOUSTON, TEXAS**

_____

**JACK N. MCCRARY AND SUZANNE F. MCCRARY,**
*Appellants,*

**v.**

**WILLIAM A. HIGHTOWER, UBS FINANCIAL SERVICES, INC.,
B.B. TULEY, BRIAN DAVIDSON AND PANORAMIC INVESTIGATIONS,**
*Appellees.*

_____

**On Appeal from Cause No. 2014-40928 in the
152nd Judicial District Court of Harris County, Texas**

_____

**APPELLEES' NOTICE OF APPEARANCE**

_____

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellees Brian Davidson and Panoramic Investigations file this notice of appearance to advise the court that attorney Steven J. Knight, State Bar No. 24012975, of the law firm of Chamberlain, Hrdlicka, White, Williams & Aughtry, appears before the Honorable Fourteenth Court of Appeals as counsel on behalf of Appellees Brian Davidson and Panoramic Investigations.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE.
    WILLIAMS & AUGHTRY, PC


By:        */s/ Steven J. Knight*
      Steven J. Knight
      State Bar No. 24012975
      steven.knight@chamberlainlaw.com
      R. Kyle Hawes
      State Bar No. 00796725
      kyle.hawes@chamberlainlaw.com
      1200 Smith Street, Suite 1400
      Houston, Texas 77002
      Tel: 713.658.1818
      Fax: 713. 658.2553

ATTORNEYS FOR APPELLEES BRIAN
DAVIDSON AND PANORAMIC
INVESTIGATIONS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all attorneys of record through the Court's Electronic Filing System, or by first class U.S. Mail, facsimile, and/or certified mail, return receipt requested on the 16th day of July, 2015.

Frank H. Shepherd III
The Vickery Law Firm
10000 Memorial Dr., Suite 750
Houston, TX  77024-3485
*Attorneys for Appellants Jack N. McCrary and Suxzanne F. McCrary*

Peter B. Wells IV
Andrew R. Harvin
Doyle, Restrepo, Harvin & Robbins, L.L.P.
440 Louisiana St., Suite 2300
Houston, TX 77002-2913
*Attorneys for Appellees William A. Hightower and B.B. Tuley*

Paul D. Flack
1331 Lamar St.
Four Houston Center, Suite 1250
Houston, TX  77010
*Attorney for Appellee USB Financial Services, Inc.*

/s/ Steven J. Knight
Steven J. Knight

1949688_1
007205-000021

3